■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v

PAUL PAXHIA, Appellant

As the People concede, however, the sentences of 6 to 25 years on the manslaughter and first degree robbery convictions and the sentence of 4½ to 15 years on the second degree robbery conviction were incorrect because the court was required to set the minimum at one third the maximum imposed (Penal Law § 70.00 [2] [b], [c]; [3] [b]; § 70.02 [1] [a], [b]; [2] [a]; [3], [4]). Since the court's intention to impose the maximum sentences is clear from the record and a modification would have no practical effect in view of the concurrent sentences imposed for the murder convictions, we need not remand for resentencing and impose minimum terms of 8⅓ years on the manslaughter and first degree robbery convictions and 5 years on the second degree robbery conviction (Penal Law § 70.02 [4]). In all other respects, the judgment is affirmed. (Appeal from judgment of Monroe County Court,

Mark, J.—manslaughter, first degree, and other charges.) Present—Denman, J. P., Green, Pine, Balio and Davis, JJ.